In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Whitestone Bridge Approach in the Borough of Queens.

HY-DOR REALTY ASSOCIATES, INC., et al., Appellants.

Argued May 18, 1944; decided June 14, 1944.

*Henry Herz, Clinton T. Roe* and *Charles P. Kramer* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Reuben Levy, Julius Isaacs* and *Isidor Bleich* of counsel), for respondent.

On appeal by claimant New York & Queens Protective Committee Realty Corp., involving the award for damage parcel No. 9: Order affirmed, with costs.

Appeals by the claimants Hy-Dor Realty Associates, Inc., and Millwork Holding Corp., involving the awards for damage parcels Nos. 4 and 7, dismissed without costs on the ground that the affirmance by the Appellate Division as to those parcels was unanimous, and no leave to appeal to this Court has been granted.

A condemnation proceeding, involving more than one parcel and more than one claimant, is, in the absence of special circumstances, considered to be, for purposes of appeal to this court, a separate proceeding as to each parcel, or each group of contiguous parcels, in the same ownership. A reversal, modification or dissent in the Appellate Division as to one parcel does not permit an appeal to this court as of right by the owner of another parcel as to which there has been a unanimous affirmance.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.